Opinion issued April 21, 2020



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00627-CV

————————————

## IN RE JEFFERY WAYNE BLACKBURN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Jeffery Wayne Blackburn,[1] has filed a petition for a writ of mandamus

challenging two orders entered by the trial court striking certain counteraffidavits

---

[1]    The spelling of relator's name varies throughout the record. Our style of the case is in accord with the trial court's orders at issue in this original proceeding. *See Owens v. Handyside*, 478 S.W3d 172, 175, n.1 (Tex. App.—Houston [1st Dist.] 2015, pet. denied) (clarifying style of case); *see also Strobel v. Marlow*, 341 S.W.3d 470, 471 n.1 (Tex. App.—Dallas 2011, no pet.).

concerning medical expenses.[2]  *See* TEX. CIV. PRAC. & REM. CODE § 18.001.  To be entitled to mandamus relief, a relator must show that the trial court clearly abused its discretion and that there is no adequate remedy by appeal.  *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–136 (Tex. 2004) (orig. proceeding).  Relator has not demonstrated that he lacks an adequate remedy by appeal.  *See Walker v. Packer*, 827 S.W.2d 833, 842 (Tex. 1992) (orig. proceeding) (holding "an appellate remedy is not inadequate merely because it may involve more expense or delay than obtaining an extraordinary writ"); *see also In re Flores*, No. 01-19-00484-CV, 2020 WL 425297, *2–3 (Tex. App.—Houston [1st Dist.] Jan. 28, 2020, orig. proceeding) (mem. op.) (denying relators' petition for writ of mandamus challenging trial court's exclusion of counteraffidavits offered pursuant to Texas Civil Practice and Remedies Code section 18.001).

Accordingly, we deny relator's petition for a writ of mandamus.  *See* TEX. R. APP. P. 52.8(a), (d).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.

---

[2]  The underlying case is *Belinda Lamonto and Linda Bendickson v. Jeffery Wayne Blackburn*, Cause No. 2017-80112, in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.